14 F.3d 47
 Gillum (Patricia)
v.
Preate (Ernest D., Jr.), Atty. Gen. for Cmwlth. of PA.,
Office of Atty. General of Pa., McCormack (Robert E.),
Deputy Atty. Gen. of Cmwlth. of PA., Office of Environmental
Crimes for Office of Atty. Gen. of Commonwealth of PA.,
Bellavia (Mark), Chief Deputy, Environmental Crimes Unit of
Office of Atty. Gen. of Cmwlth. of PA.
 NOS. 93-1347, 93-1396
 United States Court of Appeals,
Third Circuit.
 Nov 10, 1993
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 APPEAL DISMISSED.